**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**LEON MCCOY (#13741)**                                                          **PLAINTIFF**

**v.**                                                                                    **No. 4:06CV195-P-B**

**OFFICER DIGGS, ET AL.**                                                        **DEFENDANTS**

## FINAL JUDGMENT

   In accordance with the memorandum opinion issued today in this cause, the instant case

is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be

granted, counting as a "strike" under  28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).


   **SO ORDERED,** this the 13th day of March , 2007.


              /s/ W. Allen Pepper, Jr.
              W. ALLEN PEPPER, JR.
              UNITED STATES DISTRICT JUDGE